**Judge McMahon**

Christopher F. Graham (CG 2455)
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8300
(212) 922-1819 (facsimile)

*Attorneys for Plaintiff MM Arizona Holdings LLC*



'08 CIV 5353

RECEIVED JUN 11 2008 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MM Arizona Holdings LLC,

        Plaintiff,

v.

Nicholas W. Bonanno, Jr., Rita Bonanno, Allen D. Jenkins, individually and Allen D. Jenkins, as executor of the last will and testament of Tamera R. Jenkins late of that State of Arizona and County of Maricopa ("T. Jenkins"), as personal representative of the estate of T. Jenkins, or as successor in title, by survivorship, to property formerly jointly owned by T. Jenkins and A. Jenkins as tenancy by the entirety with right of survivorship or as joint tenancy with right of survivorship or as community property with right of survivorship, as the case may be,

        Defendants.

**RULE 7.1 STATEMENT**

Jury Trial:   ☐ Yes   ☒ No

08 civ 5353 (CM)(AJP)
ECF CASE

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff MM Arizona Holdings LLC, a Delaware limited liability company (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Lehman Brothers Holdings Inc., a Delaware corporation that is a publicly held reporting company under the Securities Exchange Act of 1934, in which no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: June 11, 2008
New York, New York

McKENNA LONG & ALDRIDGE LLP

Christopher F. Graham (CG 2455)
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8300
(212) 922-1819 (facsimile)

Of Counsel:

Gary W. Marsh
Georgia Bar No. 471290
David A. Geiger
Georgia Bar No. 288898
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Attorneys for Plaintiff, MM Arizona Holdings LLC*