# UNITED STATES DISTRICT COURT

Southern District of New York

MM Arizona Holdings LLC,

V.

Nicholas W. Bonanno, Jr., Rita Bonanno, Allen D. Jenkins, individually, and Allen D. Jenkins as personal representative of the estate of Tamera R. Jenkins

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  08 CIV 5353

TO:  Rita Bonanno
c/o Delaney Corporate Services
41 State Street, Suite 405
Albany, New York 12207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Christopher F. Graham (CG-2455)
MCKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
212-905-8300
212-922-1819 (facsimile)

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

JUN 1 1 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the following was made by me[1]:<br>Summons and Complaint | DATE<br>JUNE 12, 2008 |
| NAME OF SERVER (PRINT)<br>KELLY M. LAMENDOLA | TITLE<br>of COUNSEL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): served on registered agent - PATRICIA RICE, Mgr of Operations, Delaney Corp. Services, 99 Washington Ave., Albany Suite 805A

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6/12/08
              Date

Signature of Server: Kelly M Lamendola

Address of Server:
McKenna Long & Aldridge LLP
111 Washington Ave.
Albany, NY 12210

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure