UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MM Arizona Holdings, LLC

                         Plaintiff,

      -against-

Nicholas W. Bonanno, Jr., Rita Bonanno, Allen D. Jenkins, individually, and Allen D. Jenkins as personal representative of the estate of Tamera R. Jenkins    Defendant.
-----------------------------------------------------------------x

1:08 CIVIL 05353    ( CM )

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Christopher Francis Graham

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: CG2455

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: Thacher Proffitt & Wood LLP

    To: McKenna Long and Aldridge LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* 230 Park Avenue, Suite 1700

☒ *Telephone Number:* 212-905-8328

☒ *Fax Number:* (212) 922-1819

☐ *E-Mail Address:* cgraham@mckennalong.com

Dated: June 20, 2008

ECF

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:08-cv-05353-CM

| | |
|---|---|
| MM Arizona Holdings, LLC v. Bonanno et al | Date Filed: 06/11/2008 |
| Assigned to: Judge Colleen McMahon | Jury Demand: None |
| Demand: $9,999,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Other Contract | Jurisdiction: Diversity |

**Plaintiff**

**MM Arizona Holdings, LLC**　　represented by　**Christopher Francis Graham**
Thacher Profitt and Wood LLP (Two World Fin. Ctr)
Two World Financial Center
New York, NY 10281
(212) 912-7669
Fax: (212) 912-7751
Email: cgraham@mckennalong.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nichols W. Bonanno, JR.**

**Defendant**

**Rita Bonano**

**Defendant**

**Allen D. Jenkins**
*Individually*

**Defendant**

**Allen D . Jenkins**
*as Executor of the last will and testament of Tamera R. Jenkins late of that State of Arizona County of Maricopa (T. Jenkins) as personal representative of the estate of T. Jenkins, or as successor in title, by survivorship, ....as the case may be*

**Defendant**

Allen D. Jenkins as personal
representative of the estate of
Tamera R. Jenkins

ADR Provider

Allen D. Jenkins as personal
representative of the estate of
Tamera R. Jenkins

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2008 | 1 | COMPLAINT against Nichols W. Bonanno, JR, Rita Bonano, Allen D. Jenkins, Allen D. Jenkins, County of Maricopa (T. Jenkins). (Filing Fee $ 350.00, Receipt Number 653825)Document filed by MM Arizona Holdings, LLC. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit)(rdz) (Entered: 06/13/2008) |
| 06/11/2008 | | SUMMONS ISSUED as to Nichols W. Bonanno, JR, Rita Bonano, Allen D. Jenkins, Allen D. Jenkins, County of Maricopa (T. Jenkins). (rdz) (Entered: 06/13/2008) |
| 06/11/2008 | | Magistrate Judge Andrew J. Peck is so designated. (rdz) (Entered: 06/13/2008) |
| 06/11/2008 | | Case Designated ECF. (rdz) (Entered: 06/13/2008) |
| 06/11/2008 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Lehman Bros Holdings, Inc as Corporate Parent. Document filed by MM Arizona Holdings, LLC.(rdz) (Entered: 06/13/2008) |
| 06/17/2008 | 3 | ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE: Initial Conference set for 9/26/2008 at 10:30 AM in Courtroom 21B, 500 Pearl Street, New York, NY 10007 before Judge Colleen McMahon. (Signed by Judge Colleen McMahon on 6/17/08) (mme) (Entered: 06/17/2008) |
| 06/19/2008 | 4 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Nichols W. Bonanno, JR served on 6/12/2008, answer due 7/2/2008. Service was accepted by Patricia Rice, Manager of Operations, Delaney Corp. Services. Document filed by MM Arizona Holdings, LLC. (Graham, Christopher) (Entered: 06/19/2008) |
| 06/19/2008 | 5 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Rita Bonano served on 6/12/2008, answer due 7/2/2008. Service was accepted by Patricia Rice, Manager of Operations, Delaney Corp. Services. Document filed by MM Arizona Holdings, LLC. (Graham, Christopher) (Entered: 06/19/2008) |
| 06/19/2008 | 6 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Allen D. Jenkins served on 6/12/2008, answer due 7/2/2008. Service was accepted by Patricia Rice, Manager of Operations, Delaney Corp. Services. Document filed by MM Arizona Holdings, LLC. (Graham, Christopher) (Entered: 06/19/2008) |
| 06/19/2008 | 7 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. Allen D. Jenkins as personal representative of the estate of Tamera R. Jenkins served |

on 6/12/2008, answer due 7/2/2008. Service was accepted by Patricia Rice, Manager of Operations, Delaney Corporate Services. Document filed by MM Arizona Holdings, LLC. (Graham, Christopher) (Entered: 06/19/2008)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/20/2008 11:24:14 | | | |
| PACER Login: | mc0033 | Client Code: | 04406-0222-4769 |
| Description: | Docket Report | Search Criteria: | 1:08-cv-05353-CM |
| Billable Pages: | 2 | Cost: | 0.16 |