UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MM Arizona Holdings LLC,<br><br>                Plaintiff,<br>v.<br><br>Nicholas W. Bonanno, Jr., et al<br><br>                Defendants. | **ACKNOWLEDGMENT OF SERVICE**<br><br>Case No. 08 Civ. 5353 (CM) (AJP) |

      I, Richard L. Klauer, counsel for Nicholas W. Bonanno, Jr., Rita Bonanno, Allen D. Jenkins and Allen D. Jenkins as personal representative of the estate of T. Jenkins, or as successor in title, by survivorship, to property formerly jointly owned by T. Jenkins and A. Jenkins as tenancy by the entirety with right of survivorship or as joint tenancy with right of survivorship or as community property with right of survivorship, as the case may be, (collectively the "Defendants") hereby acknowledge on behalf of each of the Defendants service of that certain Summons and Complaint for Judgment on Guaranty filed in the above-styled action. All other and further service and notice of the Summons and Complaint for Judgment on Guaranty is hereby expressly waived by the Defendants. Except as provided herein, the Defendants expressly reserve all of their rights and defenses.

Dated: June 20, 2008
       Phoenix, Arizona

                                                /s/ Richard L. Klauer
                                                Richard L. Klauer
                                                301 E. Bethany Home Road, Suite C250
                                                Phoenix, AZ 85012
                                                Telephone: (602) 230-1393