United States District Court Southern District of New York

| | |
|---|---|
| MM Arizona Holdings LLC | NO. 08 CIV 5353 |
|     Plaintiff/Petitioner, | AFFIDAVIT OF SERVICE OF PROCESS BY |
| v. | PRIVATE PERSON |
| Nicholas W Bonanno Jr, Rita Bonanno, Allen D Jenkins, individually, and Allen D Jendins as person representative of the estate of Tamera R Jenkins | |
|     Defendant/Respondent. | |

I am authorized to serve process in Arizona; Maricopa County Superior Court registration #5678.

I received: **SUMMONS IN A CIVIL ACTION, RULE 7.1 STSTEMENT, COMPLAINT FOR JUDGMENT ON GUARANTY** and served

Rita Bonanno

By personally delivering true and accurate copies of the above documents to **Richard Klauer, Attorney for Rita Bonanno (Statutory Agent for Rita Bonanno)** at **301 E Bethany Home Rd, Suite C250, Phoenix, MARICOPA County, AZ, 85012** at approximately **8:40 AM** on **June 20th, 2008**.

I declare under penalty of perjury that the foregoing is true and correct.

X _____
William Loughrige – 5678
CopperState Legal Services
2727 W Baseline Rd. Ste 18
Tempe, AZ 85283
602.438.7884
Client File#: – Our File# **1498**

Date: 6/20/08

Sworn to and subscribed before me this
____ day of June, 2008
by an affiant who is personally known to
me, or produced identification.

_____
NOTARY PUBLIC

My Commission Expires: 5-1-10