United States District Court Southern District of New York

| | |
|---|---|
| **MM Arizona Holdings LLC** | **NO. 08 CIV 5353** |
| Plaintiff/Petitioner, | **AFFIDAVIT OF SERVICE OF PROCESS BY** |
| v. | **PRIVATE PERSON** |
| **Nicholas W Bonanno Jr, Rita Bonanno, Allen D Jenkins, individually, and Allen D Jendins as person representative of the estate of Tamera R Jenkins** | |
| Defendant/Respondent. | |

I am authorized to serve process in Arizona; Maricopa County Superior Court registration #5678.

I received: **SUMMONS IN A CIVIL ACTION, RULE 7.1 STSTEMENT, COMPLAINT FOR JUDGMENT ON GUARANTY** and served

### Allen D Jenkins

By personally delivering true and accurate copies of the above documents to **Richard Klauer, Attorney for Allen D Jenkins (Statutory Agent for Allen D Jenkins)** at 301 E Bethany Home Rd, Suite C250 , Phoenix, MARICOPA County, AZ, 85012 at approximately 8:40 AM on June 20th, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

X _____

William Loughrige - 5678

CopperState Legal Services

2727 W Baseline Rd. Ste 18

Tempe, AZ 85283

602.438.7884

Client File#: -- Our File# **1500**

Date: ___6/20/08___

Sworn to and subscribed before me this
20th day of June , 2008
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC

My Commission Expires: ___5-1-10___