United States District Court Southern District of New York

| | |
|---|---|
| **MM Arizona Holdings LLC** | NO. 08 CIV 5353 |
| Plaintiff/Petitioner, | AFFIDAVIT OF SERVICE OF PROCESS BY |
| v. | PRIVATE PERSON |
| **Nicholas W Bonanno Jr, Rita Bonanno, Allen D Jenkins, individually, and Allen D Jendins as person representative of the estate of Tamera R Jenkins** | |
| Defendant/Respondent. | |

I am authorized to serve process in Arizona; Maricopa County Superior Court registration #5678.

I received: **SUMMONS IN A CIVIL ACTION, RULE 7.1 STSTEMENT, COMPLAINT FOR JUDGMENT ON GUARANTY** and served

**Nicholas W Bonanno Jr,**

By personally delivering true and accurate copies of the above documents to **Richard Klauer, Attorney for Nicholas W Bonanno Jr. (Statutory Agent for Nicholas W Bonanno Jr, )** at 301 E Bethany Home Rd, Suite C250, Phoenix, MARICOPA County, AZ, 85012 at approximately **8:40 AM on June 20th, 2008.**

I declare under penalty of perjury that the foregoing is true and correct.

X _[signature]_
William Loughrige – 5678
CopperState Legal Services
2727 W Baseline Rd. Ste 18
Tempe, AZ 85283
602.438.7884
Client File#: – Our File# 1497

Date: 6/20/08

Sworn to and subscribed before me this
20th day of June, 2008
by an affiant who is personally known to
me or produced identification.

_[signature]_ Jana M. Walter Munro
NOTARY PUBLIC
My Commission Expires: 5·1·10