UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
| | |
|---|---|
| MM Arizona Holdings LLC, | : Case No.: 08 Civ. 5353 |
| | : (Hon. Colleen McMahon, D.J.) |
| Plaintiff, | : (Hon. Andrew J. Peck, M.J.) |
| | : |
| -against- | : NOTICE OF APPEARANCE |
| | : |
| Nicholas W. Bonanno, Jr., Rita Bonanno, Allen D. Jenkins, individually, and Allen D. Jenkins both Individually and as a personal representative of the estate of Tamera R. Jenkins, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------x

**To the Clerk of the Court and all parties-of-record:**

Please enter my appearance in this case as counsel to defendants Nicholas W. Bonanno, Jr., Rita Bonnano, Allen D. Jenkins, individually, and Allen D. Jenkins both individually and as a personal representative of the estate of Tamera R. Jenkins.

I certify that I am admitted to practice in this Court and in good-standing.

Dated: New York, New York
       July 2, 2008

                                    Law Offices of Stephen L. Cohen

                              By: _____
                                    Mark D. Marderosian (MM-8116)

32 Main Street                      99 Park Avenue, Suite 1600
Chatham, New York 12037             New York, New York 10016
(518) 392-3131 / telephone          (212) 277-5862 / telephone
(518) 392-9650 / facsimile          (212) 490-4413 / facsimile

                                    e-mail: mark.marderosian@gmail.com