UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| MM Arizona Holdings LLC, | : Case No.: 08 Civ. 5353 |
| | : (Hon. Colleen McMahon, D.J.) |
| Plaintiff, | : (Hon. Andrew J. Peck, M.J.) |
| | : |
| -against- | : AMENDED NOTICE OF APPEARANCE |
| | : |
| Nicholas W. Bonanno, Jr., Rita Bonanno, Allen D. Jenkins, individually, and Allen D. Jenkins both Individually and as a personal representative of the estate of Tamera R. Jenkins, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------x

**To the Clerk of the Court and all parties-of-record:**

Please enter my appearance in this case as counsel to defendants Nicholas W. Bonanno, Jr. and Rita Bonnano. Contrary to the original Notice filed by the undersigned, the Law Offices of Stephen L. Cohen will not represent defendant Allen D. Jenkins in this matter in either his individual or representative capacity.

I certify that I am admitted to practice in this Court and in good-standing.

Dated:  New York, New York
         July 2, 2008

                                        Law Offices of Stephen L. Cohen

                                        By: _____
                                            Mark D. Marderosian (MM-8116)

32 Main Street                          99 Park Avenue, Suite 1600
Chatham, New York 12037                 New York, New York  10016
(518) 392-3131 / telephone              (212) 277-5862 / telephone
(518) 392-9650 / facsimile              (212) 490-4413 / facsimile

                                        e-mail:  mark.marderosian@gmail.com