McMahon J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MM Arizona Holdings LLC

    Case No.: 08 Civ. 5353
    (Hon. Colleen McMahon, D.J.)
    (Hon. Andrew J. Peck, M.J.)

    Plaintif,

-against-

Nicholas W. Bonanno, Jr., Rita Bonanno,
Allen D. Jenkins, individually, and Allen
Jenkins both Individually and as personal
representative of the estate of Tamera R.
Jenkins,

    STIPULATION OF EXTENSION

    Defendants
----------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

To the Clerk of the Court and all parties of record:

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for the defendants Allen D. Jenkins Individually and Allen D. Jenkins as personal representative of the estate of Tamara R. Jenkins to answer in the above captioned action is extended to August 8, 2008.

A facsimile or copy of this document will be accepted as an original for purposes of filing with the Court.

Dated: New York, New York
      July 8, 2008

_Christopher F. Graham /JIV_
McKenna Long & Aldridge LLP
230 Park Ave, Suite 1820
New York, the 10169
(212) 922-1800

_Maurice Sieradzki_
Maurice Sieradzki
Attorney for Plaintiff(s)
225 Broadway, Ste. 2510
New York, N.Y. 10007
(212) 791-3159

So Ordered
Colleen McMahon, U.S.D.J.
7-10-08