**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MM Arizona Holding LLC,

                Plaintiff(s),

-against-

Nicholas W. Bonanno, Jr., et al,

                Defendant(s).

08 Civ. 5353 (CM/AJP)

MOTION TO ADMIT
GARY W. MARSH
PRO HAC VICE

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher F. Graham, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Gary W. Marsh, Esq.
    McKenna Long & Aldridge LLP
    303 Peachtree Street, NE, Suite 5300
    Atlanta, Georgia 30308
    Phone: (404) 527-4150
    Fax:   (404) 527-4198
    E-mail: gmarsh@mckennalong.com

Mr. Marsh is a member in good standing of the Bar of the State of Georgia. There are no pending disciplinary proceedings against Mr. Marsh in any State or Federal court.

Dated: New York, New York
         July 17, 2008

                McKENNA LONG & ALDRIDGE LLP

                By: _____
                      Christopher F. Graham (CG 2455)

*Counsel for Plaintiff*
230 Park Avenue
Suite 1700
New York, New York 10169
Phone: (212) 905-8300
Fax:   (212) 922-1819

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MM Arizona Holding LLC,<br><br>                              Plaintiff(s),<br><br>  -against-<br><br>Nicholas W. Bonanno, Jr., et al,<br><br>                             Defendant(s). | 08 Civ. 5353 (CM/AJP)<br><br><br>AFFIDAVIT OF CHRISTOPHER F. GRAHAM IN SUPPORT OF MOTION TO ADMIT GARY W. MARSH PRO HAC VICE |

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NEW YORK  )

      CHRISTOPHER F. GRAHAM, being duly sworn, hereby deposes and says as follows:

      1.    I am a member of the law firm McKenna Long & Aldridge LLP, counsel for Plaintiff MM Arizona Holding LLC ("Plaintiff") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Gary W. Marsh as counsel pro hac vice to represent Plaintiff in this matter.

      2.    I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in 1983. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.    Mr. Marsh is a partner in the Atlanta office of McKenna Long & Aldridge LLP.

      4.    I have found Mr. Marsh to be a skilled attorney and a person of high integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

      5.    Accordingly, I am pleased to move the admission of Gary W. Marsh, pro hac vice.

    6.    I respectfully submit a proposed Order granting the admission of Gary W. Marsh, pro hac vice, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit Gary W. Marsh, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: New York, New York
       July 17, 2008

_____
Christopher F. Graham

Sworn to before me this
17th day of July, 2008

_____
Notary Public

ROBERT MICHAEL GEE
Notary Public, State of New York
Reg No. #01GE6127971
Qualified in New York County
Commission Expires June 6, 2009



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **GARY WAYNE MARSH, 471290,** was duly admitted to practice in said Court on January 21, 1986 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 15th day of July, 2008.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Phyllis Brannon
Deputy Clerk



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MM Arizona Holding LLC, <br><br>                    Plaintiff(s), <br><br> -against- <br><br> Nicholas W. Bonanno, Jr., et al, <br><br>                    Defendant(s). | 08 Civ. 5353 (CM) (AJP) <br><br><br> **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

That on the 17th day of July, 2008, deponent served, by U.S. Mail, a true and correct copy of **(1) MOTION TO ADMIT GARY W. MARSH PRO HAC VICE; (2) AFFIDAVIT OF CHRISTOPHER F. GRAHAM IN SUPPORT OF MOTION TO ADMIT GARY W. MARSH PRO HAC VICE; (3) GARY W. MARSH'S CERTIFICATE OF GOOD STANDING, STATE OF GEORGIA; (4) PROPOSED ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION FOR GARY W. MARSH** upon the following:

**Stephen L. Cohen, Esq.**
The Law Offices of Stephen L. Cohen
99 Park Avenue, Suite 1600
New York, New York 10016

**Maurice Sieradzi, Esq.**
The Law Offices of Maurice Sieradzi
225 Broadway
New York, New York 10007

**Mark D. Marderosian, Esq.**
The Law Offices of Stephen L. Cohen
99 Park Avenue, Suite 1600
New York, New York 10016

the addresses designated by said persons for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

_____

Sworn to before me this
17th day of July, 2008

_____
NOTARY PUBLIC

NY:12052
ALAN FREDERICK KAUFMAN
NOTARY PUBLIC, State of New York
No. 02KA6045415
Qualified in New York County
Commission Expires July 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MM Arizona Holding LLC,<br><br>      Plaintiff(s),<br><br>-against-<br><br>Nicholas W. Bonanno, Jr., et al,<br><br>      Defendant(s). | 08 Civ. 5353 (CM/AJP)<br><br><br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br><u>ON WRITTEN MOTION</u> |

  Upon the Motion and Affidavit of Christopher F. Graham, attorney for Plaintiff MM Arizona Holding LLC and said sponsor attorney's affidavit in support;

  **IT IS HEREBY ORDERED** that

> Gary W. Marsh, Esq.
> McKenna Long & Aldridge LLP
> 303 Peachtree Street, NE, Suite 5300
> Atlanta, Georgia 30308
> Phone: (404) 527-4150
> Fax: (404) 527-4198
> E-mail: gmarsh@mckennalong.com

is admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> as counsel for Plaintiff MM Arizona Holding LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the <u>pro hac vice</u> fee to the Clerk of the Court.

Dated: New York, New York
   July ___, 2008

                    _____
                    United States District Judge