UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MM Arizona Holding LLC,<br><br>                   Plaintiff(s),<br><br>-against-<br><br>Nicholas W. Bonanno, Jr., et al,<br><br>                   Defendant(s). | 08 Civ. 5353 (CM/AJP)<br><br><br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br><u>ON WRITTEN MOTION</u> |

Upon the Motion and Affidavit of Christopher F. Graham, attorney for Plaintiff MM Arizona Holding LLC and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

>Gary W. Marsh, Esq.
>McKenna Long & Aldridge LLP
>303 Peachtree Street, NE, Suite 5300
>Atlanta, Georgia 30308
>Phone: (404) 527-4150
>Fax:   (404) 527-4198
>E-mail: gmarsh@mckennalong.com

is admitted to practice <u>pro hac vice</u> as counsel for Plaintiff MM Arizona Holding LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the <u>pro hac vice</u> fee to the Clerk of the Court.

Dated: New York, New York
       July 24th, 2008

                                                         United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08