UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| MM Arizona Holdings LLC, | : Case No.: 08 Civ. 5353 |
| | : (Hon. Colleen McMahon, D.J.) |
| Plaintiff, | : (Hon. Andrew J. Peck, M.J.) |
| | : |
| -against- | : ANSWER OF THE BONANNO DEFENDANTS |
| | : |
| Nicholas W. Bonanno, Jr., Rita Bonanno, Allen D. Jenkins, individually, and Allen D. Jenkins both Individually and as a personal representative of the estate of Tamera R. Jenkins, | : |
| | : |
| Defendants. | : |

------------------------------------------------------------x

Reserving their right to file an Amended Answer pursuant to FRCP 15(a) without judicial permission and/or consent of the other parties hereto, defendants Nicholas W. Bonanno, Jr. and Rita Bonanno (the "Bonannos") respectfully submit the following as their Answer to the Complaint in this matter dated June 11, 2008 (the "Complaint"):

1. Admit the allegations contained in paragraphs 2, 3, 10, and 23 of the Complaint.

2. Lack knowledge and/or information sufficient to form a reasonable belief concerning the accuracy o the allegations contained in paragraphs 1, 4, and 5 of the Complaint.

3. Paragraphs 6, 7, 8, and 9 of the Complaint contain legal conclusions and characterizations to which the Bonannos are not required to respond.

4. Deny the allegations contained in paragraphs 38, 39, 40, 41, 46, 47, 48, and 49 of the Complaint.

5. Deny the allegations contained in paragraphs 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 43, 44, and 45 of the Complaint and

respectfully refer the Court to the actual text of the documents to which those allegations purportedly refer.

7. Paragraphs 51 through 57, inclusive, and paragraphs 59 through 64, inclusive, contain allegations which do not pertain to the Bonannos.

7. In response to paragraphs 34, 42, 50, and 58 of the Complaint, the Bonannos repeat and reassert the responses contained in paragraphs 1 through 6, inclusive, above.

WHEREFORE defendants Nicholas W. Bonanno, Jr. and Rita Bonanno respectfully request that the court issue judgment as follows:

a) An Order dismissing the Complaint in its entirety as against them; and

b) Any additional and/or other relief the court deems appropriate.

Dated: New York, New York
August 7, 2008

Respectfully submitted:

Law Offices of Stephen L. Cohen
Counsel to defendants Nicholas W. Bonanno, Jr. and Rita Bonanno

By: _____
Mark D. Marderosian (MDM-8116)

99 Park Avenue, Suite 1600
New York, New York 10016
(212) 277-5862 / telephone
(212) 490-4413 / facsimile
e-mail: mark.marderosian@gmail.com

32 Main Street
Chatham, New York 12037
(518) 392-3131 / telephone