UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MM Arizona Holdings LLC,                : Case No.: 08 Civ. 5353
                                        : (Hon. Colleen McMahon, D.J.)
                        Plaintiff,      : (Hon. Andrew J. Peck, M.J.)
                                        :
        -against-                       : ANSWER OF THE JENKINS DEFENDANTS
                                        :
Nicholas W. Bonanno, Jr., Rita Bonanno, Allen :
D. Jenkins, individually, and Allen D. Jenkins both :
Individually and as a personal representative of :
the estate of Tamera R. Jenkins,        :
                                        :
                        Defendants.     :
------------------------------------------------------------x

      Reserving his right to file an Amended Answer pursuant to FRCP 15(a) without judicial permission and/or consent of the other parties hereto, defendant Allen D. Jenkins acting both in his individual capacity and in behalf of the Estate of his deceased spouse, defendant Tamera R. Jenkins, respectfully submits the following as his Answer to the Complaint in this matter dated June 11, 2008 (the "Complaint"):

    1.    Admits the allegations contained in paragraphs 4, 5, 10, and 23 of the Complaint.

    2.    Lacks knowledge and/or information sufficient to form a reasonable belief concerning the accuracy o the allegations contained in paragraphs 1, 2, and 3 of the Complaint.

    3.    Paragraphs 6, 7, 8, and 9 of the Complaint contain legal conclusions and characterizations to which Jenkins is not required to respond.

    4.    Denies the allegations contained in paragraphs 54, 55, 56, 57, 62, 63, 64, and 65 of the Complaint.

    5.    Deny the allegations contained in paragraphs 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 51, 52, 53, 59, 60, and 61 of the Complaint and

respectfully refer the Court to the actual text of the documents to which those allegations purportedly refer.

6. Paragraphs 35 through 41, inclusive, and paragraphs 43 through 49, inclusive, contain allegations which do not pertain to Jenkins.

7. In response to paragraphs 34, 42, 50, and 58 of the Complaint, Jenkins repeats and reasserts the responses contained in paragraphs 1 through 6, inclusive, above.

WHEREFORE defendant Allen D. Jenkins acting both in his individual capacity and in behalf of the Estate of his deceased spouse, defendant Tamera R. Jenkins, respectfully requests that the court issue judgment as follows:

a) An Order dismissing the Complaint in its entirety as against him; and

b) Any additional and/or other relief the court deems appropriate.

Dated: New York, New York
       August 7, 2008

        Respectfully submitted:

        MAURICE SIERADZKI
        Counsel to defendant Allen D. Jenkins
        acting both in his individual capacity and in
        behalf of the Estate of his deceased spouse,
        defendant Tamera R. Jenkins

By: _____
     Maurice Sieradzki (MS-5974)

     225 Broadway, Suite 2510
     New York, New York 10007-3001
     (212) 791-3159 / telephone
     (212) 406-3548 / facsimile
     e-mail: mauratlaw@verizon.net

08/07/2008 13:10 FAX 212 406 3548         ☑001